UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JONATHAN DAVID DEAK,

                    Plaintiff,

v.

MIKE SCHUITEMA, et al.,

                    Defendants.

_____/

Case No. 1:26-cv-1610-PLM-PJG

Honorable Paul L. Maloney

### ORDER DENYING LEAVE TO PROCEED
### *IN FORMA PAUPERIS* ON APPEAL

On May 15, 2026, Plaintiff filed his complaint in this action against Mike Schuitema and Dana Nessel in their official capacities as the Emmet County Prosecuting Attorney and the Michigan Attorney General, respectively.  (ECF No. 1). The Court dismissed Plaintiff's action on June 18, 2026. (ECF Nos. 10, 11).  Plaintiff has filed a notice of appeal.  (ECF No. 12).  When the Court dismissed Plaintiff's complaint, the Court certified that Plaintiff's appeal would not be taken in good faith. Because of that certification, Plaintiff is not eligible to proceed on appeal *in forma pauperis*.  28 U.S.C. § 1915(a)(3).

Plaintiff is informed that within 28 days from the date of this notice he must submit the $605.00 filing fee or he must file in the United States Court of Appeals for the Sixth Circuit a motion for leave to proceed *in forma pauperis* and an affidavit of indigence pursuant to the requirements set forth in Fed. R. App.P. 24(a)(5).  28 U.S.C.

§ 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997), *overruled in other part by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Plaintiff is also notified that if he fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure. *See McGore*, 114 F.3d at 610. In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.* In addition, the appeal will not be reinstated even if Plaintiff subsequently pays the filing fee or requests to proceed as a pauper. *See id.* Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis on appeal is **DENIED** and Plaintiff must seek leave to appeal *in forma pauperis* in the Sixth Circuit Court of Appeals or pay the filing fee as stated above.

**IT IS SO ORDERED**.

Dated:   July 22, 2026                          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge


**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI  49503


**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**